AO 30 (Rev. 8/98) Certified Copy

FILED - KZ
April 21, 2008 3:45 PM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: /s/

# UNITED STATES DISTRICT COURT

**WESTERN** **DISTRICT OF** **PENNSYLVANIA**

## CERTIFIED COPY

1:08-mc-48
Janet T. Neff, U.S. District Judge

I, **ROBERT V. BARTH, JR.**, Clerk of the United States District Court, certify that the attached is a true and full copy of the original

**Civil Case Number 2:07-1689**
J. Allen Jarboe vs. Huntington Foam Corp., et al.:

Document #5: **FIRST AMENDED COMPLAINT W/ATTACHMENTS**

Document #11: **ORDER OF COURT APPOINTING RECEIVER**

now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at

**Pittsburgh**, in this State, on **April 11, 2008**
City                                          Date

*R.V. Barth, Jr.*
Clerk

*Nina Linn*
(By) Deputy Clerk